■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BATTISTA, Appellant, v. THEODORE SCHUBIN, as Superintendent of the Ossining Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, entered July 2, 1973, which dismissed the writ. On this appeal this court has considered a further judgment of the same court, entered August 17, 1973, which granted relator's application for reargument and thereupon adhered to the original determination. Appeal from the judgment entered July 2, 1973 dismissed, without costs. That judgment was superseded by the judgment entered upon reargument. Judgment entered August 17, 1973 affirmed insofar as it adhered to the original determination, without costs. No opinion. Martuscello, Acting P. J., Latham, Shapiro, Cohalan and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD WEINBERG, Appellant, v. W. CECIL JOHNSTON, as Superintendent of the Matteawan State Hospital, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated January 16, 1969, which dismissed the writ. Appeal dismissed, without costs. Relator contends that Special Term erred in holding at the January 10, 1969 hearing that he was not capable at that time of standing trial. This appeal must be dismissed as moot in light of the fact that within a year after the hearing relator was certified as recovered and discharged from Matteawan State Hospital. In three separate court proceedings subsequent to that time relator was again found to be incapable of standing trial. Therefore, his present retention is unrelated to the judgment under review. Martuscello, Acting P. J., Latham, Shapiro, Cohalan and Benjamin, JJ., concur.